UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELYSIE J. REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-0069 |
| ) | Judge Sharp |
| VERICREST FINANCIAL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge to conduct a judicial settlement conference. A telephone conference is set for **July 14, 2014, at 2:00 p.m.** to discuss a suitable date for the settlement conference. The parties shall call the Magistrate Judge's conference line of (615) 695-2857 in order to participate in this telephone conference.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
U.S. Magistrate Judge