UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELYSE J. REID,                    )
                                  )
        Plaintiff                 )
                                  )   No. 3:14-0069
v.                                )   Judge Sharp/Knowles/Bryant
                                  )
VERICREST FINANCIAL,              )
                                  )
        Defendant                 )

## **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on August 27, 2014. The parties met, negotiated in good faith, and agreed to a settlement of all claims in the case. The parties shall file by **September 30, 2014**, a stipulation and proposed order of dismissal.

The **Clerk** is directed to return this file to the District Judge pending filing of the stipulation and proposed order.

It is so **ORDERED**.

>                    /s/   John S. Bryant
>                    JOHN S. BRYANT
>                    United States Magistrate Judge